**Opinion issued October 7, 2014**



In The

# Court of Appeals

For The

# First District of Texas

————————————

## NO. 01-14-00658-CR

————————————

**ROMAN ARAUJO-LOPEZ, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

---

**On Appeal from the County Criminal Court at Law No. 4**
**Harris County, Texas**
**Trial Court Cause No. 1922522**

---

## MEMORANDUM OPINION

Appellant, Roman Araujo-Lopez, has filed a motion to dismiss the appeal in compliance with Texas Rule of Appellate Procedure 42.2(a). This motion has been on file with the Court for more than ten days and no opinion has issued. *See* TEX. R. APP. P. 10.3(a), 42.2(a).

Accordingly, we grant the motion and **dismiss** the appeal. *See* TEX. R. APP. P. 42.2(a), 43.2(f). We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Justices Higley, Bland, and Sharp.

Do not publish. TEX. R. APP. P. 47.2(b).